IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS PEREZ, | : |
| | : Civil No. 4:CV-05-1389 |
| Petitioner, | : |
| | : |
| v. | : |
| | : (Judge McClure) |
| RONNIE HOLT, Warden, | : |
| | : (Magistrate Judge Blewitt) |
| Respondent. | : |

**O R D E R**

February 8, 2006

**BACKGROUND:**

On July 11, 2005, petitioner Carlos Perez, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In his petition, Perez asserted that the Bureau of Prisons (BOP) had incorrectly calculated the length of his detention and he was entitled to immediate release from BOP custody.

The matter was initially assigned to United States Magistrate Judge Thomas M. Blewitt. On January 18, 2006, Judge Blewitt issued a thirteen-page report recommending that we deny Perez's petition. In his report Judge Blewitt noted that Perez may already be released from prison mooting the matter. Perez has not filed any objections to the report and recommendation.

On February 7, 2006, the court referenced the BOP's inmate locator website

at http://www.bop.gov/iloc2/LocateInmate.jsp.  That site indicates that Carlos Manuel Perez, federal inmate number 55091-054, was released from BOP custody on December 6, 2005.  Therefore, we will adopt Magistrate Judge Blewitt's report and recommendation to the extent it states that Perez's petition is moot and we will dismiss the petition.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's Report and Recommendation is adopted to the extent it states that Perez's petition is moot. (Rec. Doc. No. 8.)

2. Perez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed as moot.  (Rec. Doc. No. 1.)

3. The clerk is directed to close the case file.

    s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge